UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>  v.<br><br>Suresh M. Patel;<br>Daxaben S. Patel; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-00347-SVW-PLA<br><br>**NOTICE OF DISMISSAL &<br>ORDER THEREON**<br><br>JS-6 |

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: April 16, 2014

_____
HONORABLE STEPHEN V. WILSON